UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JARED MICHAEL ARABIE, et al., <br><br> Plaintiffs, <br><br> LUBA CASUALTY INSURANCE COMPANY, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> WARREN POWER & MACHINERY, INC., et al., <br><br> Defendants. | No. 6:22-CV-032-H |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the defendants' motion to exclude untimely and insufficiently designated experts and briefs. Dkt. No. 129. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Court hereby denies the defendants' motion to exclude untimely and insufficiently designated experts and brief (Dkt. No. 107).

So ordered on April 2, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE