UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

FILED - USDC - NDTX - SA
JUN 17 '24 PM3:20

| | |
|---|---|
| JARED MICHAEL ARABIE, et al., <br><br> Plaintiffs, <br><br> LUBA CASUALTY INSURANCE COMPANY, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> WARREN POWER & MACHINERY, INC., et al., <br><br> Defendants. | No. 6:22-CV-032-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion and Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 151. The joint stipulation is approved. It is ordered that the plaintiffs' and intervenor-plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on June 17, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE